FILED

JAN - 5 2023

CLERK. U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY [illegible] DEPUTY

SA23CA0022 FB

of a peonage system in Bexar County [illegible]

VII VI Relief - Mom, really, I just need to get the help from these parts w/ my kids and sells! Full recompense of initial amount of $ 2808213283258772489145422,469,136,357781,741,23000000 + $312621000400004000

VII A. ELLERY CABLANC CANTU [illegible] per hour of peonage usage / per letter / per email / per person of office 624.10

Ellery LaBlanc Cantu

B: 621667.01, 0116850 [illegible] per hour of usage / per person member for usage 312.10

VIII a NO

M.R.3.11. UC(1208)

United States District Court [illegible] 137029.10

Dwelling Center; Pretrial Detainees of [illegible] per detainee / per member of custody / per hour in custody 720328.10

of Bexar County Adult Detention Center / as of 42 / per [illegible]
7177912978468113297408012 5.10
200 N. Comal / 78207;

Citizens of Bexar County

V.

cont

Sheriffs / as of 42 / per 7 f. 477302481764796 ·10^34
Javier Salazar: ~~as of 42~~ ... of as of Def # 15 of 42 / per 7 f.
Petition For A Writ Of Habeas Corpus Under 28 § 2241 / as title of 42

1 a): Elleny / Cablana Center
b) ELLENY CABLANA CENTER / as 42 "Strawman - 624 ·10^6
Elleny Cablana Center
2. a) Bexar County Adult Detention Center / 42 BCADC Ref 3788 ·10^20
b) 6th 7th BCCDI / as 42 ... Ref 71770120789681132974080125 ·10^16
200 N. Comal 78207
(1) 0811662-01, 0116850 / as 42 (SID # Ref 442880000
3. Other: holding custody of persons / as 42 person Ref. 477302481764796 ·10^34
4. pretrial detainee / as plaintiff 1410656 ·10^11
5. pre-trial detention / as plaintiff
6. a) Bexar County Court / ... [illegible]
101 W. Nueva St., STE. 217 78207 ... accusation ... 432755058 ·10^14 ... ·10^17
b) 2021 CR 9695 / ... [illegible] ... false accusation ... 3450492 ·10^22
c) unknown / as B.C.C. ref
d) as c
7. yes kinda of tired of appealing through this shit is getting old!
(a) (1) U.S. Dist. Ct. West. Dist of Tex S.A. Div. / as ~~title of 42~~ title
(2) unknown / as title
(3) unknown / as title
4) " "
(5) unknown / as title
(6) " "

8. yup, Dammit!

(a)(1) / no 7.(a)(1) — (4) / no 7.(a)(1)

(2) " " — (5) " "

(3) " " — (6) " "

9. uh huh!

(a)(1) / no 7.(a)(1) — (4) / no 7.(a)(1)

(2) " — (5) " "

(3) " — (6) " "

10 - NO — 11 NO

12 yes (a) — ~~14. NO~~

12 yes no file

(a) 0128 - 4100 5/16/22 PET FOR WRIT RELEASE BECAUSE OF DELAY / no B.C.C N/A

0129 " " MOT TO DISMISS INSUFFICIENT EVIDENCE / "

0130 " " PET FOR WRIT PET PREPARED W/DISCOVER / "

0131 " " " " " CONTINUED SUBSISTANCE / "

0132 " " DID NOT SUBMIT 1IX(14: 43§911: 47§1024/6/13§242) / "

0133 " " " " " " / "

0134 " " MOT FOR DISCOVERY / "

0135 " " DID NOT SUBMIT 1IX(14: 43§911: 47§1024/6/13§242) / "

0136 " " " " " " / "

0137 " " MOT DISMISS APPOINTED COUNSEL / "

0138 " " " FOR REDUCTION OF BOND / "

0139 " " PET TO WRIT RELEASE BECAUSE of Delay / "

0140 " " MOT TO QUASH INDICTMENT / "

0141 " " PET FOR WRIT CONTINUED SUBSISTANCE / "

0142 " 5/20/22 PETITION FOR WRIT OF HABEAS CORPUS / "

0143 " " CONTINUED SUBSISTANCE FILED / "

0144 " " PETITION FOR WRIT OF HABEAS CORPUS / "

0145 " " RELEASE BECAUSE OF DELAY FILED / "

0146 " 6/13/22 DID NOT SUBMIT 1IX(14: 43§911: 47§1024/6/13§242) / "

0147 " " " " " " / "

0148 " 8/4/22 MT QUASH INDICTMENT PASS / "

(b) Bexar County Court / no 42-B.C.C.

(C) ~~Unit~~ Criminal Jail / no 42-B.C.C

(d) 2021 CR 9695 / no above

(e) UNKNOWN / no 42-B.C.C

(7) " "

(8) " "

1094149026035240[17] 2183254052060411[7]

3. ground 1: [illegible] omission of [illegible] 3/9 10 14 18 (9 [illegible]) ... per member / per detainee / per [illegible] detained per citizen w/i jurisdiction @ risk of peonage ... 34(10 ... 10 5c ...)

a) I am denied my release by peonage of Bexar County of which I am currently in custody of unlawfully imprisoned w/o a triable cause, w/o due process, w/o counsel for defense or [illegible] speedy trial; or conviction or cruel and unusual punishment; as I am [illegible] as a hostage out of involuntary servitude!

denied my release: 4 [illegible] 14 18(19: 63 1346 ... 104 2236 ; 77 1585 ... 13 241 / 13 242); omi 14(207/2 / 13 241 / 13 242) per hum denied release / per member for denial of release 1776308·10[7]

peonage: as of

custody: 4 10 14 18(19: 1095 2236 ; 35 751/2, 35 757/2 ; 13 241 / 13 242) per in custody / per of custody / per hum in custody 5457·10[9]

unlawfully imprisoned: 4 9 14 18(19: 63 1346/2 ; 104 2236 ; 35 751/2, 35 757/2 ; 13 241 / 13 242) / per unlawfully imprisoned / per member to imprison / per hum imprisoned / per citizen w/i jurisdiction @ risk 2853·10[19]

non-triable cause: 5 6 9 10 11 14 [illegible] 14(19: 63 1346/2 ; 47 1001/2 ; 47 1027/2 ; 47 1038/2 ; 77 1592/5 ; 13 241 / 13 242) ; omi [illegible] 18 pt 2 / 31 / 10 / 4 ; omi 28 pt V / 13 / [illegible]) per no triable cause / per accumulated / per cause of [illegible] / [illegible] accumulated / per of hum of detention on [illegible] false accusations / per false accusation accumulation / per dose of accused suspicion / per penny of value of dose according to the Corporate "black market" 14015788·10[22]

w/o due process: 5 14 14(19: 63 1346/2 ; 73 1501 ; 73 1505/3 ; 73 1506/4 ; 13 241 ; 13 246 / 13 242) per hum w/o process / per [illegible] member for processing denied ; omi 14 pt 2 / 31 / 10 / 4 ; omi 28 pt V / 13 / 10 / 16 3996503210[7]

w/o counsel: 6 14 14(19: 63 1346/2 ; 13 241 ; 73 1505/2 ; 73 1506/4 ; 13 246 / 13 242) ; omi 28 (40 / 159) / per hum w/o a defense / per attorney /

per cause accumulator 68477.10^5

w/o speedy trial; 5th, 6th, 14th / 18(19; 63§1346/2; 13§241; 13§243/2 / 1§23; 73§1505/3; 73§1506/4 / 13§242); omis 18(22)/3 / 13§241 / 13§242; 13§246) / 13§243/i) [illegible] 28 pt V / 13/10/16 / 18(13§241; 13§246; 13§242) / 13§243/2) per hour w/o cause / per nonviable cause / per double jeopardy / per attorney / per presiding judge 12028.10^4

w/o conviction; 13th, 5th / 14th / 18(19; 63§1346/2; 10§2236; 35§751/2 / 35§757/2; 73§1505/3; 73§1506/4; 73§1510; 13§241 / 13§243/2; 13§242); omis 18(225) / 18(13§241; 13§243/2; 13§246 / 13§242); omis 28 pt 5 / 13/10/16 / 18(13§241; 13§243/2; 13§246 / 13§242) per hour w/o conviction / per attorney / per presiding judge / per D.A.'s / non-triable cause / per alien violation / per false accusation accumulator / per double jeopardy personality / per use of accused subject / per using of accused subject of corp. Black Market 5922523632616.10^22

cruel and unusual / punishment; 8th / 13th / 14th / 18(19; 63§1346/2; 10§2236; 77§1585/4; 77§1589 / 45§4152/2; 13§241; 13§249/13§242) alien per person of subjection / per for subjection / per of subjection / per citizen @ risk of subjection w/i jurisdiction / per conspired killing; 18(19; 7; 5§1113/2; 5§1111 / 13§242) / kidnapping; 18(19; 7; 10§2236; 77§1585/4 / 55§1201; 55§1204; 55§1203; 13§241 / 13§242); 18(19; 7; 10§2236; 77§1585/4; 77§1582; 77§1587; 77§1588; 77§1590/4; 13§241 / 13§242) / maiming; 18(19; 7; 16; 10/3; 10§2244; 13§241 / 13§242) / injuring; 18(19; 7; 15; 10/3; 10§2101; 87§1792; 13§241; 13§249 / 13§242) / Damaged / in Stolen property; 18(19; 7; 10§2234; 103§2114/3; 13§241; 13§249; 13§247/2 / 13§242) 11716358912.10^17

hijacked; 4th, 5th, 8th / 13th / 14th / 18(19; 63§1346/2; 37§792/2; 35§757/2; 73§1501; 73§1506/4; 47§1030/2; 47§1028/2; 47§1001/2; 77§1592/8; 13§241; 13§242) per hour hijacked / per hijacking member / per hostage hijacked / per citizen @ risk of hijacking w/i the jurisdiction 32448.10^17

hostage; 4th, 8th, 13th, 14th / 18(19; 63§1346/2; 37§792/2; 35§757/2; 55§1203; 13§241 / 13§242); 18(19; 63§1346/2; 55§1202; 46§482; 77§1593a/3; 73§1506/4; 13§241 / 13§242) ~~per ransom~~ / per hour ransomed / per hour hostaged / per hour w/o a bond / per paying ransom and per ransom accumulator / per stolen ransom / per paying of stolen ransom / per member of financial Benefit / per citizen w/i jurisdiction for possible financial Benefit 86870789.10^24

involuntary Servitude; 4th, 5th / 8th / 13th / 14th / 18(19; 115§2384; 63§1346/2; 41; 472; 41§843; 31§661/2 / 9§153; 77§1589 / 13§241; 13§242) per hour of involuntary servitude / per involuntary servant / per member for involuntary servitude / per citizen w/i jurisdiction @ risk for slavery 148824.10^17

14

15 Relief - $57,277,287,007,084,447,857,116,439,706,725,174,917,312,241,600,000,000,000

22.12.6.30, 22.03 UCC 1-308