# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **ELLERY CARTER, SID #681667,** | § |
| | § |
| Petitioner, | § |
| | §   SA-23-CV-0022-FB |
| v. | § |
| | § |
| **BEXAR COUNTY SHERIFF JAVIER SALAZAR,** | § |
| | § |
| Respondent. | § |

## JUDGMENT

On this day, the Court issued an Order dismissing without prejudice Petitioner, Ellery Carter's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 for failure to exhaust as well as pursuant to the *Younger* abstention doctrine. (ECF No. 1).

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies and pursuant to the *Younger* abstention doctrine. (ECF No. 1).

**IT IS FURTHER ORDERED** that all other pending motions relating to Petitioner's Section 2241 Petition, if any, are **DENIED AS MOOT** and a **CERTIFICATE OF APPEALABILITY WILL NOT ISSUE** in this case.

SIGNED this 31st day of January, 2023.

FRED BIERY
UNITED STATES DISTRICT JUDGE